AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| John G. Singletary and Carla C. Singletary,<br>　　　　　*Plaintiffs*<br>　　　　　v.<br>Wells Fargo Corp., its agents, servant employees, and successors; Haynsworth Sinkler Boyd PA; Mack Mac McQuillen; Howell Morrison; and Len Hutchinson, all jointly and severally,<br>　　　　　*Defendants* | Civil Action No.　　2:14-2138-MBS |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Plaintiffs, take nothing of the Defendants, and this action is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Senior United States District Judge presiding. The Court having adopted the Report and Recommendation of Magistrate Judge Wallace W. Dixon to dismiss.

Date:　September 5, 2014　　　　　　　　　　　　　　　*CLERK OF COURT*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/Angie Snipes
　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*